Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

\_\_\_Middle\_\_District of \_\_Florida\_\_

_____Orlando\_\_\_\_ Division

REGINALD DYER

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BOARD OF ORANGE COUNTY COMMISSIONERS
&
ORANGE COUNTY SUPERVISOR OF ELECTIONS

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)

Case No. 6:23-cv-617-CEM-DCI
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

FILED 2023 APR -4 AM 11:28 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   |   |   |
   |---|---|
   | Name | Reginald Dyer |
   | Address | (Homeless) Mailbox #22 at Personal Mini Storage |
   |  | Orlando, FL 32804 |
   | County | Orange |
   | Telephone Number | 407 242-9707 |
   | E-Mail Address | dyerreginald456@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   |   |   |
   |---|---|
   | Name | Orange County Board of County Commissioners (BOCC) |
   | Job or Title (if known) | N/A |
   | Address | 201 S. Rosalind Avenue |
   |  | Orlando, FL 32801 |
   | County | Orange |
   | Telephone Number | 407 836-7350 |
   | E-Mail Address (if known) |  |

   [ ] Individual capacity   [✔] Official capacity

   Defendant No. 2

   |   |   |
   |---|---|
   | Name | Orange County Supervisor of Elections (SOE) |
   | Job or Title (if known) | N/A |
   | Address | 119 W. Kaley Street |
   |  | Orlando, FL 32806 |
   | County | Orange |
   | Telephone Number | 407 836-2070 |
   | E-Mail Address (if known) | Orange County SOE @OCFL.gov |

   [ ] Individual capacity   [✔] Official capacity

Defendant No. 3
- Name: N/A
- Job or Title *(if known)*: N/A
- Address: N/A
- N/A  City  State  Zip Code
- County: N/A
- Telephone Number: N/A
- E-Mail Address *(if known)*: N/A

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
- Name: N/A
- Job or Title *(if known)*: N/A
- Address: N/A
- N/A  City  State  Zip Code
- County: N/A
- Telephone Number: N/A
- E-Mail Address *(if known)*: N/A

☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Rights to petition; Rights to vote; Rights to due process.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
On Sept. 11, 2012 Defendant (s) used it's official position to disallow Plaintiff's right to vote on an initiative/petition. In the years 2014, 2016, and 2020, Defendant (s) revised Ordinance 602(B), Procedure for Initiation and Referendum, wherein a deferral was incorporated in each year, respectively

Defendant 2 went along with the preceding allegations, thereby, providing official cover.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Orange County government offices at 201 S. Rosalind Avenue and 119 W. Kaley Street.

B. What date and approximate time did the events giving rise to your claim(s) occur?
1.September 11, 20122:
2 revised ordinance enacted on July 31,2014
3.Revised ordinance enacted November 2016.
4.Revised ordinance enacted on November 3, 2020.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
1. Plaintiff was disallowed to vote on a initiative/petition:
2. The revised Ordinances of 2014, 2016, and 2020 placed artificial barriers to Plaintiff's right to petition, right to vote and right to due process
3. The revisions (artificial barriers) to Ordinance 602(B) are codified and involve the offices of both defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Order Defendant 1 to retroactively adopt the initiative/petition it disallowed on September 11, 2012.

2. Nullify and void the 2014, 2016, and 2020 revisions to Ordinance 602(B).

3. Nullify and void f.s. 218.077(2) in Orange County, FL.

4. Order Defendants to pay Plaintiff $400,000 in compensatory damages for suppression of his civil rights

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 4, 2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: REGINALD DYER

### B. For Attorneys

Mailbox 33 at Personal Mini Storage
1452 N. Orange Blossom Trail
Orlando, FL 32804
(407) 242-9747

Date of signing: 

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Address | N/A |
| | N/A |
| | City    State    Zip Code |
| Telephone Number | |
| E-mail Address | N/A |